**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| PACCAR INC, | ) ) ) |
| Defendant. | ) |

C.A. No. 1:19-cv-01517-LPS-JLH

## NOTICE OF SERVICE

I, David J. Baldwin, Esq., hereby certify that copies of Defendant PACCAR Inc.'s Supplemental Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) were served on the following on the date and in the manner indicated below.

### VIA E-MAIL

Robert J. Katzenstein
Eve H. Ormerod
Smith, Katzenstein & Jenkins LLP
100 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19801
(302) 652-8400
rjk@skjlaw.com
eho@skjlaw.com

John R. Gerstein
Gabriela Richeimer
Clyde & Co US LLP
1775 Pennsylvania Ave NW, 4th Floor
Washington, DC  20006
(202) 747-5100
jack.gerstein@clydeco.us
gaby.richeimer@clydeco.us

[Signature on next page.]

| | |
|---|---|
| Of Counsel: | **BERGER HARRIS LLP** |
| Koorosh Talieh<br>Peter L. Tracey (No. 2787)<br>Lara D. Cassidy<br>PERKINS COIE LLP<br>700 13th Street, NW<br>Washington, DC 20005<br>(202) 654-6200<br>ktalieh@perkinscoie.com<br>ptracey@perkinscoie.com<br>lcassidy@perkinscoie.com | By: */s/ David J. Baldwin*<br>David J. Baldwin (No. 1010)<br>Peter C. McGivney (No. 5779)<br>1105 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>(302) 655-1140<br>dbaldwin@bergerharris.com<br>pmcgivney@bergerharris.com |

*Attorneys for Defendant PACCAR, Inc.*

Dated: May 11, 2020