**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NATIONAL FIRE & MARINE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 19-1517-LPS-JLH |
| | ) | |
| PACCAR INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>STIPULATION OF DISMISSAL</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), Plaintiff National Fire & Marine Insurance Company ("NFM") and Defendant PACCAR, Inc. ("PACCAR") stipulate and agree that the above-captioned action is dismissed with prejudice as moot because PACCAR has withdrawn with prejudice the insurance claim and demand for defense and indemnity noticed to NFM on July 16, 2019.  It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees.

[Signatures on next page.]

Dated: June 16, 2020

**BERGER HARRIS LLP**                    **SMITH, KATZENSTEIN & JENKINS LLP**

/s/  *David J. Baldwin*                  /s/  *Robert J. Katzenstein*
David J. Baldwin (No. 1010)              Robert J. Katzenstein (No. 378)
Peter C. McGivney (No. 5779)             Eve H. Ormerod (No. 5369)
1105 N. Market Street, 11th Floor        Brandywine Building
Wilmington, DE 19801                     1000 West Street, Suite 1501
 (302) 655-1140                          P.O. Box 410
dbaldwin@bergerharris.com                Wilmington, DE 19899
pmcgivney@bergerharris.com               302-652-8400
                                         rjk@skjlaw.com
Of Counsel:                              eho@skjlaw.com

Koorosh Talieh                           Of Counsel:
Peter Lake Tracey (No. 2787)
Lara D. Cassidy                          John R. Gerstein (pro hac vice)
PERKINS COIE LLP                         Gabriela Richeimer (pro hac vice)
700 13th St. NW, Suite 600               Elderidge A. Nichols, Jr. (No. 5972)
Washington, DC 20008                     CLYDE & CO US LLP
ktalieh@perkinscoie.com                  1775 Pennsylvania Avenue, NW, 4th Floor
lcassidy@perkinscoie.com                 Washington, DC 20006
ptracey@perkinscoie.com                  202-747-5100
                                         jack.gerstein@clydeco.us
*Counsel for Defendant*                  gaby.richeimer@clydeco.us
*PACCAR, Inc.*                           elderidge.nichols@clydeco.us

                                         *Counsel for Plaintiff*
                                         *National Fire & Marine Insurance Company*


SO ORDERED this ___ day of _____, 2020.


_____
UNITED STATES DISTRICT JUDGE